```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:97-CR-05130 OWW |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING MOTIONS HEARING |
| | ) Old Date: January 24, 2011 |
| v. | ) Old Time: 9:00 a.m. |
| | ) **New Date: February 14, 2011**<br>) **New Time: 9:00 a.m.** |
| ROBERT JOSEPH MOSER | ) **Court:      Three**<br>)    **(Hon. Oliver W. Wanger)** |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Robert Wilkinson, Attorney for Defendant ROBERT JOSEPH MOSER, that the Motions hearing current set for January 24, 2011, at 9:00 a.m. be continued to February 14, 2011, at 9:00 a.m.

////

////

////

////

___

Stipulation & Order Continuing Motions Hearing

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

```
                                        Respectfully submitted,
Dated: January 20, 2011                 BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorneys

Dated: January 20, 2011            By:  Robert D. Wilkinson
                                        (as authorized on 01/20/11)
                                        ROBERT D. WILKINSON
                                        Attorney for Defendant
                                        ROBERT JOSEPH MOSER
```

**ORDER**

IT IS ORDERED that the Motions hearing is continued from January 24, 2011, to February 14, 2011, at 9:00 a.m.

Dated: January 20, 2011            /s/ OLIVER W. WANGER
                                   United States District Judge