```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT JOSEPH MOSER, ) <br> ) <br> ) <br> Defendant. ) | CASE NO. 1:97-cr-05130 OWW <br><br> STIPULATION TO CONTINUE <br> SENTENCING HEARING AND <br> ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Robert Wilkinson, Attorney for Defendant ROBERT JOSEPH MOSER, that the sentencing hearing currently scheduled for May 16, 2011 be continued to May 23, 2011.

Dated: May 12, 2011                Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                            By      /s/Stanley A. Boone
                                   Assistant U.S. Attorney


                                    /s/ Robert Wilkinson
                                   Attorney for Defendant
                                   ROBERT JOSEPH MOSER

1

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Sentencing hearing currently scheduled for May 16, 2011 at 9:00 a.m. be continued to May 23, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   May 11, 2011              /s/ Oliver W. Wanger
                          UNITED STATES DISTRICT JUDGE