1  Robert D. Wilkinson          #100478
   BAKER MANOCK & JENSEN, PC
2  5260 North Palm Avenue, Fourth Floor
   Fresno, California 93704
3  Telephone: 559.432.5400
   Facsimile: 559.432.5620
4

5  Attorneys for  Defendant ROBERT JOSEPH MOSER

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE No. 1:97-CR-05130 OWW |
|---|---|---|
| 12 | Plaintiff, | STIPULATION TO CONTINUE RESTITUTION HEARING DATE; AND ORDER THEREON |
| 13 | v. | |
| 14 | ROBERT JOSEPH MOSER, | DATE:   September 6, 2011<br>TIME:     1:30 p.m. |
| 15 | Defendant. | DEPT:   Courtroom 3<br>JUDGE:  Hon. Oliver W. Wanger |

16

17         WHEREAS the government and Defendant Robert J. Moser are in the process of

18  negotiating an appropriate restitution order; and

19         WHEREAS Mr. Moser is currently incarcerated at the Taft Correctional Institution

20  in Taft, California; and

21         WHEREAS the parties agree they would like to resolve the issue of restitution

22  without a hearing or if there is a hearing without the necessity of Mr. Moser's presence so Mr.

23  Moser does not have to be transported from Taft to Fresno; and

24         WHEREAS the parties need more time for their negotiations because counsel for

25  the government has been unavailable and counsel for Mr. Moser is limited in his ability to

26  communicate with Mr Moser;

27         THE PARTIES HEREBY STIPULATE, by and through their authorized counsel

28  that:

991186v1 / 10924.0034

1.   The restitution hearing in this matter be continued from Tuesday, September 6, 2011, at 1:30 p.m. to Monday, September 19, 2011, at 1:30 p.m., or such other date and time thereafter at the convenience of the Court.

2.   The parties further agree that the requested continuance is for purpose of affording the court the opportunity to make a determination as to the amount of restitution owed by the defendant and that pursuant to 18 U.S.C. §3664 (b)(5) the parties agree to extend such time for that determination.

DATED:  August 31, 2011        UNITED STATES ATTORNEY


By: /s/ Stanley A. Boone
Stanley A. Boone
Attorneys for Plaintiff

DATED:  August 31, 2011


BAKER MANOCK & JENSEN, PC


By: /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant ROBERT JOSEPH MOSER

991186v1 / 10924.0034        2

ORDER

Good cause appearing therefore, it is HEREBY ORDERED that the restitution hearing currently set for Tuesday, September 6, 2011, be continued to Monday, September 19, 2011, at 1:30 p.m. to allow the parties additional time to negotiate an agreement as to the issue of restitution.  The further finds that the continuance is necessary to afford the court the opportunity to make a determination as to the amount of restitution owed by the defendant pursuant to 18 U.S.C. §3664 (b)(5).

IT IS SO ORDERED.

Dated:   **September 1, 2011**              **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE