1  Robert D. Wilkinson          #100478
   BAKER MANOCK & JENSEN, PC
2  5260 North Palm Avenue, Fourth Floor
   Fresno, California 93704
3  Telephone: 559.432.5400
   Facsimile: 559.432.5620
4

5  Attorneys for  Defendant ROBERT JOSEPH MOSER

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE No. 1:97-CR-05130 OWW
12 |         Plaintiff,                | STIPULATION TO CONTINUE
   |                                   | RESTITUTION HEARING DATE; AND
13 |     v.                            | ORDER THEREON
14 | ROBERT JOSEPH MOSER,              | DATE:    September 19, 2011
   |                                   | TIME:    1:30 p.m.
15 |         Defendant.                | DEPT:    Courtroom 3
   |                                   | JUDGE:   Hon. Oliver W. Wanger
16

17         WHEREAS the government and Defendant Robert J. Moser are in the process of

18 negotiating an appropriate restitution order; and

19         WHEREAS Mr. Moser is currently incarcerated at the Taft Correctional Institution

20 in Taft, California; and

21         WHEREAS the parties agree they would like to resolve the issue of restitution

22 without a hearing or if there is a hearing without the necessity of Mr. Moser's presence so Mr.

23 Moser does not have to be transported from Taft to Fresno; and

24         WHEREAS the parties need more time for their negotiations because counsel for

25 the government has been unavailable and counsel for Mr. Moser is limited in his ability to

26 communicate with Mr Moser;

27         THE PARTIES HEREBY STIPULATE, by and through their authorized counsel

28 that:

994545v1 / 10924.0034

PDF created with pdfFactory trial version www.pdffactory.com

1.     The restitution hearing in this matter be continued from Monday, September 19, 2011, at 1:30 p.m., to Monday, October 3, 2011, at 1:30 p.m., or such other date and time thereafter at the convenience of the Court.

2.     The parties further agree that the requested continuance is for purpose of affording the court the opportunity to make a determination as to the amount of restitution owed by the defendant and that pursuant to 18 U.S.C. §3664 (b)(5) the parties agree to extend such time for that determination.

DATED:  September 14, 2011        UNITED STATES ATTORNEY

By: /s/ Stanley A. Boone
Stanley A. Boone
Attorneys for Plaintiff

DATED:  September 14, 2011

BAKER MANOCK & JENSEN, PC

By: /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant ROBERT JOSEPH MOSER

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Good cause appearing therefore, it is HEREBY ORDERED that the restitution hearing currently set for Monday, September 19, 2011, at 1:30 p.m., be continued to Monday, October 3, 2011, at 1:30 p.m. to allow the parties additional time to negotiate an agreement as to the issue of restitution. The further finds that the continuance is necessary to afford the court the opportunity to make a determination as to the amount of restitution owed by the defendant pursuant to 18 U.S.C. §3664 (b)(5).

DATED:  September 16, 2011

By: /s/ OLIVER W. WANGER
OLIVER W. WANGER
Senior U.S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com