```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for  United States of America
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 1:97-CR-05130 LJO |
| Plaintiff, | STIPULATION RE: RESTITUTION OWED BY DEFENDANT and ORDER |
| v. | |
| ROBERT JOSEPH MOSER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their authorized counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff United States of America, and Robert D. Wilkinson, attorney for Defendant Robert Joseph Moser, and by Defendant Robert Joseph Moser, that: (1) the restitution hearing presently set for October 7, 2011, at 1:30 p.m., may be vacated; and (2) the parties agree that the following restitution obligations shall be added to the Defendant's Judgment in a Criminal Case (Document 246) in favor of the victims of his offense conduct, whose names and the amount to which each is entitled are set forth below, provided that these obligations are contingent and payable only to the extent that Defendant recovers money in the separate forfeiture action, identified below, :

| | |
|---|---|
| Abourezk, A | $   131.00 |
| Abier, C. | $    98.00 |
| Abiera, C. | $    49.00 |

994814v1 / 10924.0034

| # | Name | | Amount |
|---|------|---|--------|
| 1 | Abiera, H | $ | 49.00 |
|   | Abourezk, M | $ | 122.00 |
| 2 | Acedo, Jesse & Jesus V | $ | 287.00 |
|   | Ahlers, G | $ | 83.00 |
| 3 | Ahlers, H | $ | 110.00 |
|   | Allen, A | $ | 39.00 |
| 4 | Allen, Bryan S. | $ | 110.00 |
|   | Allen, R | $ | 39.00 |
| 5 | Allred, Jack V. | $ | 103.00 |
|   | Alonzo, Edward W Jr. | $ | 825.00 |
| 6 | Alston, John H. | $ | 535.00 |
|   | Araquistain, L | $ | 500.00 |
| 7 | Arnold, H | $ | 129.00 |
|   | Bancroft, P | $ | 110.00 |
| 8 | Bill | $ | 30.00 |
|   | Bills, David R. | $ | 85.00 |
| 9 | Birdsell, J. R. | $ | 116.00 |
|   | Blevins, J | $ | 70.00 |
| 10 | Boston, Sally | $ | 78.00 |
|   | Bradshaw, K | $ | 176.00 |
| 11 | Bradshaw, Max S. | $ | 102.00 |
|   | Bradshaw, N | $ | 24.00 |
| 12 | Brady, E | $ | 110.00 |
|   | Brewster, Keith | $ | 18.00 |
| 13 | Brieger, Richard | $ | 77.00 |
|   | Brooks, Howard | $ | 174.00 |
| 14 | Brown, E | $ | 48.00 |
|   | Brown, M | $ | 110.00 |
| 15 | Bruns, J | $ | 120.00 |
|   | Bruns, K | $ | 60.00 |
| 16 | Bunyard, Troy E. | $ | 72.00 |
|   | Burbano, James | $ | 121.00 |
| 17 | Busby, Terry R. | $ | 96.00 |
|   | Campbell, J | $ | 100.00 |
| 18 | Campbell, Gary | $ | 130.00 |
|   | Carlberg, Jay | $ | 29.00 |
| 19 | Cave, Oralia L. | $ | 291.00 |
|   | Chace, Henry L. | $ | 100.00 |
| 20 | Chace, C. | $ | 82.00 |
|   | Chaney, A | $ | 56.00 |
| 21 | Chaney, James E. | $ | 70.00 |
|   | Chesnut, G | $ | 130.00 |
| 22 | Chiafair, Diane | $ | 75.00 |
|   | Clark, Paul D. | $ | 198.00 |
| 23 | Clark, William A. | $ | 242.00 |
|   | Codner, John E. | $ | 45.00 |
| 24 | Cole, J | $ | 72.00 |
|   | Cole, William J. | $ | 24.00 |
| 25 | Conley, Raymond N. | $ | 86.00 |
|   | Cook, N | $ | 28.00 |
| 26 | Cooper, Philip M. | $ | 65.00 |
|   | Coverdell, Warren | $ | 60.00 |
| 27 | Dangerfield, Oliver | $ | 84.00 |
|   | Darley, L | $ | 75.00 |
| 28 | Davis | $ | 6.00 |

| # | Name | | Amount |
|---|---|---|---|
| 1 | Davis, Jack L. | $ | 154.00 |
|   | Decapua, Gary | $ | 101.00 |
| 2 | Del Bosque, Ramio | $ | 153.00 |
|   | Derflinger, Harry J. | $ | 24.00 |
| 3 | Dillon, Cat | $ | 141.00 |
|   | Dobyne, Robert | $ | 348.00 |
| 4 | Dorman, Richard | $ | 155.00 |
|   | Dumke, Mark H. | $ | 58.00 |
| 5 | Dutro, J | $ | 65.00 |
|   | Eastman | $ | 119.00 |
| 6 | Edwards, Charles | $ | 48.00 |
|   | Ellis, George G. | $ | 132.00 |
| 7 | Escalera, V | $ | 109.00 |
|   | Ferflinger, H | $ | 24.00 |
| 8 | Ferrell, Bruce | $ | 147.00 |
|   | Fitzgerald, D | $ | 150.00 |
| 9 | Flint | $ | 28.00 |
|   | Flint, Donald E. | $ | 28.00 |
| 10 | Forbes, Lyle A. | $ | 100.00 |
|   | Fortney, John H. | $ | 100.00 |
| 11 | Fortney, A | $ | 24.00 |
|   | Fortney, Lawrence | $ | 48.00 |
| 12 | Frey | $ | 76.00 |
|   | Fruchtman, Douglas | $ | 164.00 |
| 13 | Garvin, C. | $ | 130.00 |
|   | Goldsmith, Doyle E. | $ | 136.00 |
| 14 | Graham, T | $ | 532.00 |
|   | Hallett, Milt | $ | 308.00 |
| 15 | Haney | $ | 48.00 |
|   | Harris, Brett W. | $ | 110.00 |
| 16 | Harris, Dale C. | $ | 64.00 |
|   | Harrison, Daniel S. | $ | 44.00 |
| 17 | Harrison, F | $ | 22.00 |
|   | Henderson, Dorian | $ | 112.00 |
| 18 | Henry, Ralph R. | $ | 45.00 |
|   | Hill, Edward P. | $ | 420.00 |
| 19 | Hoffman, Alan L. | $ | 203.00 |
|   | Horsley, James | $ | 16.00 |
| 20 | Hoy, Mark | $ | 250.00 |
|   | Hoy, Raymond E. | $ | 107.00 |
| 21 | Hunt, Garland H. | $ | 266.00 |
|   | Huntley, C. | $ | 62.00 |
| 22 | Hutty, Allan C. | $ | 157.00 |
|   | Jackson, D | $ | 48.00 |
| 23 | Jackson, K | $ | 23.00 |
|   | James, R | $ | 330.00 |
| 24 | Jensen, Adrienne H. | $ | 188.00 |
|   | Jeter, B | $ | 92.00 |
| 25 | Johnson, Scott | $ | 221.00 |
|   | Jorgenson, Richard B. | $ | 58.00 |
| 26 | Kallaman, Karl | $ | 60.00 |
|   | Karr, D. Lynn | $ | 77.00 |
| 27 | Kea, R | $ | 27.00 |
|   | Keller, H | $ | 39.00 |
| 28 | Keller, Lamont II | $ | 48.00 |

| # | Name | | Amount |
|---|---|---|---|
| 1 | Knight, M | $ | 55.00 |
|   | Knight, Timothy W. | $ | 24.00 |
| 2 | Koepsell, Harvey C. | $ | 440.00 |
|   | Komenda, Joseph E. | $ | 63.00 |
| 3 | Koskella, Earl | $ | 126.00 |
|   | Koskella, Kirk | $ | 25.00 |
| 4 | Kosowicz, Ed | $ | 65.00 |
|   | Kruse, M | $ | 108.00 |
| 5 | Kustes, P | $ | 79.00 |
|   | LaGuardia, Joseph P. | $ | 48.00 |
| 6 | Lemke, Dennis | $ | 255.00 |
|   | Lucci, Charles J. | $ | 70.00 |
| 7 | Mac Rae, T | $ | 86.00 |
|   | Machado, Joseph | $ | 86.00 |
| 8 | Magnum, P | $ | 280.00 |
|   | Martin, Jerry L. | $ | 245.00 |
| 9 | Martinez, E | $ | 40.00 |
|   | Martinson, Earl L. | $ | 210.00 |
| 10 | Maxton, Terry L. | $ | 39.00 |
|   | McCormick | $ | 123.00 |
| 11 | McCuskey, Charles P | $ | 86.00 |
|   | McDonald, Donald E. | $ | 72.00 |
| 12 | McDougle, Ronald R. | $ | 85.00 |
|   | McKenna, Ronald E. | $ | 99.00 |
| 13 | McMinn, Scott | $ | 200.00 |
|   | Mearns, R | $ | 138.00 |
| 14 | Melvie | $ | 200.00 |
|   | Moore, Carleton W. | $ | 39.00 |
| 15 | Moore, Charles R. | $ | 39.00 |
|   | Moore, Victoria | $ | 39.00 |
| 16 | Nightingale, Daniel | $ | 93.00 |
|   | Norcross, Robert A. | $ | 370.00 |
| 17 | Ogilvie, Bret | $ | 84.00 |
|   | O'Riordan, Eoghan F. | $ | 175.00 |
| 18 | Page, Mark | $ | 180.00 |
|   | Paige, Edward E. | $ | 72.00 |
| 19 | Palmer, James & Fred | $ | 79.00 |
|   | Passon | $ | 2.00 |
| 20 | Passow, Michael | $ | 10.00 |
|   | Perry, Daniel L. | $ | 550.00 |
| 21 | Rauch, Duane E. | $ | 79.00 |
|   | Rauch, Kathi | $ | 142.00 |
| 22 | Raush | $ | 26.00 |
|   | Rich, Harold | $ | 47.00 |
| 23 | Richard, Ron & Rogert | $ | 32.00 |
|   | Richardson, James P. | $ | 65.00 |
| 24 | Richardson, M | $ | 93.00 |
|   | Richardson, N | $ | 90.00 |
| 25 | Rosenbalm | $ | 5.00 |
|   | Rosenbalm, Donald | $ | 99.00 |
| 26 | Rutledge, Robert C, II | $ | 49.00 |
|   | Schnabel, J, Gary | $ | 50.00 |
| 27 | Segurola | $ | 84.00 |
|   | Shandler, Garett | $ | 116.00 |
| 28 | Shirk, Charles W. | $ | 70.00 |

| Name | Amount |
|---|---|
| Silver, Stephen H. | $ 400.00 |
| Slater, William S. | $ 60.00 |
| Sloan, Randy | $ 48.00 |
| Slocum, Ronald L. | $ 525.00 |
| Smith, Bob J. | $ 36.00 |
| Snider | $ 103.00 |
| Snyder, P | $ 48.00 |
| Snyder, Ted | $ 48.00 |
| Speicher, Richard L. | $ 121.00 |
| Spurgen, P | $ 550.00 |
| Stanford, Robert | $ 180.00 |
| Stevenson, G | $ 95.00 |
| Stffl, A | $ 600.00 |
| Strachan | $ 26.00 |
| Strachan, Donald G | $ 78.00 |
| Temple, M | $ 62.00 |
| Thome, C. | $ 44.00 |
| Thome, C. | $ 132.00 |
| Tolotti, Emil P., Jr. | $ 25.00 |
| Tolotti, P | $ 25.00 |
| Vipond, Floyd E. | $ 550.00 |
| Waide, Frank L. | $ 120.00 |
| Waide, P | $ 60.00 |
| Walton, Phyllis | $ 79.00 |
| Ward | $ 88.00 |
| Washington, H | $ 81.00 |
| Weston, Alvin B. | $ 59.00 |
| Weygint, Steven | $ 26.00 |
| Whaley, Stephen C. | $ 160.00 |
| Williams, David L. | $ 116.00 |
| Wise, C. | $ 45.00 |
| Wise, C. | $ 119.00 |
| Wise, L | $ 82.00 |
| Yeilding, Bill | $ 113.00 |
| Yoder, Ivan W. | $ 50.00 |
| Zipp, Richard | $ 140.00 |
| TOTAL | $ 25,013.00 |

The parties further stipulate that this stipulation affects no other defendant's obligation to pay his restitution obligation, jointly or severally, as ordered by the court, which includes these stipulated amounts; and any amounts paid by the other defendants will reduce Defendant Robert Joseph Moser's stipulated obligation to the extent that such obligations are joint and several.

The parties further stipulate that Defendant Robert Joseph Moser's restitution obligation, set forth above, is contingent upon his receipt of any monies from funds presently in litigation in the civil forfeiture action pending in the Southern District of California, in U.S. v.

994814v1 / 10924.0034                                5

$28,000 In U.S. Currency, Case No. 10-CV-2378-LAB (CAB).  To the extent the victims cannot be located and paid, or the victims are paid by other defendants herein, any funds received by the defendant as a result of the forfeiture action will be paid to Defendant Robert Joseph Moser.

                                                  Respecfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: September 22, 2011                    By: /s/Stanley A. Boone
                                                      STANLEY A. BOONE
                                                      Assistant U.S. Attorney

DATED: _____                    By: /s/ Robert J. Moser  9/20/11
                                                      ROBERT JOSEPH MOSER
                                                      Defendant

DATED: September 22, 2011                    By: /s/ Robert D. Wilkinson
                                                      ROBERT WILKINSON
                                                      Attorney for Robert J. Moser

**ORDER**

IT IS SO ORDERED.

    Dated:   **September 23, 2011**              **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE