UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

                RE:    **ROBERT J. MOSER**
                        **Docket Number:   1:97CR05130-3**
                        **PERMISSION TO TRAVEL OUTSIDE OF**
                        **THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Juarez, Mexico, from March 3, 2013 to March 16, 2013.  He is currently supervised in the Southern District of California, where it is reported by his supervising probation officer, Jim Whelpley, that he is current with all supervision obligations, and the supervision officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 23, 2011, the releasee was sentenced for the offense of Mail Fraud.

**Sentence Imposed:** 15 months Bureau of Prisons, 36 months supervised release, and $50 special assessment.

**Special Conditions:** 1) Search; 2) Provide probation officer with access to any requested financial information; 3) Not open any additional lines of credit without the approval of the probation officer.

**Dates and Mode of Travel:** Releasee and his wife will drive from their home in San Diego, California, on March 3, 2013, and travel to Juarez, Mexico, until March 16, 2013. Reservations have been made at the Quality Inn, Paseo De La Victoria 3508, Ciudad Juarez, CHIH, 32528, Mexico.

**Purpose**: The purpose of the trip is to accompany his wife, Patty Moser, to the Immigration Office for the processing of his step-son for permanent residency in the United States.

**ROBERT J. MOSER**
**Docket Number:   1:97CR05130-003**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Sarah L. Kirk

**SARAH L. KIRK**
**United States Probation Officer**

Dated:     February 26, 2013
            Fresno, California
            SLK: slk

**REVIEWED BY:**     /s/ Robert A. Ramirez
                **ROBERT A. RAMIREZ**
                **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved        X

IT IS SO ORDERED.

**Dated:  February 27, 2013        /s/  Lawrence J. O'Neill**
                            UNITED STATES DISTRICT JUDGE